**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| Chris Snyder,<br>Plaintiff,<br>v.<br>Norfolk Southern Railway Co.,<br>Defendant. | Case No.: 3:23-cv-00059<br><br>**PLAINTIFF'S MOTION TO ALLOW REMOTE TESTIMONY OF DR. ALEXANDRA URBAN** |

Plaintiff Chris Snyder, by and through undersigned counsel, respectfully moves this Court pursuant to Federal Rule of Civil Procedure 43(a) for leave to present the trial testimony of his treating physician, Dr. Alexandra Urban, by contemporaneous video transmission. In support of his motion, Snyder states as follows: Dr. Urban was timely served with a subpoena to testify at trial. However, as of the morning of the first day of trial, Dr. Urban had not contacted Plaintiff's counsel and, therefore, counsel did not believe she would appear at trial. On September 2, 2026, Dr. Urban contacted Plaintiff's counsel. Dr. Urban is on-call on September 3, 2026 for overseeing EEG services at UPMC Presbyterian, Shadyside, Magee, and Washington Hospitals. While some of the studies can be read remotely, some cases require immediate review and require her to be at her computer.

Snyder therefore respectfully requests the Court allow Dr. Urban to appear at trial by video.

Respectfully Submitted,

Dated: September 2, 2026

*/s/ Kathryn E. Averwater*
Nicholas D. Thompson (MN 389609)*
Kathryn E. Averwater (MN 0401767)**
Casey Jones and Bolt Law Firm
2150 Third Ave., Suite 350
Anoka, MN 55303
Phone: (757) 477-0991 (Thompson)
Phone: (612) 293-5370 (Averwater)
Email: nthompson@caseyjones.law
Email: kaverwater@caseyjones.law

*Admitted Western District of Pennsylvania
** Admitted Pro Hac Vice

**CERTIFICATE OF SERVICE**

I hereby certify that on September 2, 2026, a true and correct copy of the foregoing was filed with the Clerk of this Court using the CM/ECF Filing System which sent a notification of the filing to all counsel of record.

*/s/ Kathryn E. Averwater*
Kathryn E. Averwater