AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Western District of PA

CHRISTOPHER SNYDER
*Plaintiff*
v.
NORFOLK SOUTHERN RAILWAY CO.
*Defendant*

Civil Action No. 3:23-cv-00059

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☒ the plaintiff *(name)* CHRISTOPHER SNYDER, recover from the defendant *(name)* NORFOLK SOUTHERN RAILWAY CO. the amount of Nine Hundred, Fifty Three Thousand, Eight Hundred Thirty and 64/100 dollars ($ 953,830.64 ), which includes prejudgment interest at the rate of ____ %, plus post judgment interest at the rate of ____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* ____ recover costs from the plaintiff *(name)* ____ .

☐ other: ____ .

This action was *(check one)*:

☒ tried by a jury with Judge Schwab presiding, and the jury has rendered a verdict.

☐ tried by Judge ____ without a jury and the above decision was reached.

☐ decided by Judge ____ on a motion for ____ .

Date: 09/04/2026

*CLERK OF COURT*

s/ Lynn Ann Reppar

*Signature of Clerk or Deputy Clerk*